**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Jeffery Lyn Davis, Sr. | : | |
| | : | |
| Debtor | : | Bankruptcy No. 18-10761 |

### ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated February 5, 2018 and this case is hereby DISMISSED.

March 9, 2018

_Magdeline D. Coleman_
Magdeline D. Coleman
United States Bankruptcy Judge

Missing Documents:

Certification Concerning Credit Counseling and/or Certificate of Credit Counseling
Matrix List of Creditors
Chapter 13 Plan
Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1
Means Test Calculation Form 122C-2
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106 due 2/19/2018